=====================================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

| NORTHERN | DISTRICT OF | NEW YORK |

**KELLY REINHART**

      **JUDGMENT IN A CIVIL CASE**

    **v.**

    **Docket No. 1:05-cv-630 (Lead)**
                    **1:04-cv-317 (Member)**
                    **(GLS/DRH)**

**CITY OF SCHENECTADY POLICE DEPARTMENT, CITY OF SCHENECTADY, DIANE UPDYKE, and ROBERT GLASSER**

      **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **X**      **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that the Clerk shall amend the docket to reflect the true first name of the defendant Updyke as "Diane". That Reinhart's motion for summary judgment is denied (Dkt. No. 64). That defendants' motion for summary judgment is granted (Dkt. No. 57), and these consolidated actions are dismissed in their entirety, in accordance with the Memorandum-Decision and Order issued by U.S. District Judge Gary L. Sharpe, on February 10, 2009.**

    **February 10, 2009**                                      **LAWRENCE K. BAERMAN**
                                                                   CLERK OF THE COURT

                                                                   BY:     S/
                                                                          DEPUTY CLERK
                                                                             John Law